1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GARY RAY BETTENCOURT,                        No.  2:18-cv-02895-KJM-KJN

12                    Plaintiff,                    ORDER

13         v.

14    GORDON SPENCER, et al.,

15                    Defendants.

16

17

18            Judgment was entered in this § 1983 civil rights action after the court adopted the

19    Magistrate Judge's Findings and Recommendation to dismiss without prejudice.  *See* F&Rs, ECF

20    No. 13; Order, ECF No. 18; Judgment, ECF No. 19.  The Ninth Circuit affirmed the judgment,

21    and the mandate has issued.  ECF Nos 27–29.  Plaintiff's motion for relief from the judgment and

22    the mandate and his motion to appoint counsel, filed on the same day, are denied.  *See* ECF Nos.

23    30, 31.  Similar requests and motions filed in the future will be disregarded.  If plaintiff wishes to

24    pursue relief under 28 U.S.C. § 2254, he must do so in a new action.

25            IT IS SO ORDERED.

26     DATED:  October 30, 2020.

27
                                              _____
28
                                              CHIEF UNITED STATES DISTRICT JUDGE